UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14021-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TERRANCE MACTAVIAS SHOLTZ**,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek Mills Maynard following a Final Hearing for Revocation of Supervised Release [ECF No. 63]. On July 9, 2025, Magistrate Judge Maynard conducted a final hearing and concluded that the government did not prove by a preponderance of the evidence that Defendant violated his supervision as alleged in Violations 1, 2 and 3. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no clear error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 63] is **ACCEPTED**.

2. Violations 1, 2, and 3 in the Petition for Warrant are dismissed.

**ORDERED** in Chambers at Fort Pierce, Florida this 15th day of August 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record